[No. 32199-1-III.   Division Three.   June 2, 2015.]

BURGESS VINEYARDS, LLC, *Respondent*, v. PAUL BEVERIDGE ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32204-1-III.   Division Three.   June 2, 2015.]

IRWIN-YAEGER, INC., *Appellant*, v. WASHINGTON STATE COMMUNITY COLLEGE DISTRICT 17, *Respondent*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[Nos. 32533-4-III; 32538-5-III.   Division Three.   June 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN EDWARD MUELLER, *Appellant*.

*Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.